UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

RONALD ARMOUR,

        Plaintiff,

v.

KENT, COUNTY OF et al.,

        Defendants.
_____/

Case No. 1:25-cv-485

Honorable Ray Kent

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated: June 5, 2025

/s/ Ray Kent
Ray Kent
United States Magistrate Judge